IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, )
DEPARTMENT OF THE ENVIRONMENT )
)
)
Plaintiff, )
)
)
v. ) No. RDB 09-cv-1208
)
UNITED STATES DEPARTMENT OF )
COMMERCE, et al., )
)
Defendants. )
)

## Proposed Amended Scheduling Order

Upon consideration of the parties' Stipulated Motion to Amend the Summary Judgment Briefing Schedule, and finding that good cause exists for the granting of the Motion, the Motion is hereby **GRANTED**; and it is hereby **Ordered** that the summary judgment schedule is revised as follows:

| | |
|---|---|
| March 26, 2010 | Defendant's Response and Cross-Motion Due |
| April 30, 2010 | Plaintiff's Response to Cross-Motion and Reply Due |
| May 28, 2010 | Defendant's Reply Due |

Motions hearing rescheduled to Thursday, July 1, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 22, 2010

_____
The Richard D. Bennett
United States District Court Judge