# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND, <br> DEPARTMENT OF THE ENVIRONMENT <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and <br><br> THE HONORABLE GARY LOCKE IN HIS CAPACITY AS THE SECRETARY OF COMMERCE, <br><br> Defendants, <br><br> AES SPARROWS POINT LNG, LLC and <br><br> MID-ATLANTIC EXPRESS, L.L.C. <br><br> Intervenors. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. <br><br> RDB 09-CV-1208 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW FROM REPRESENTATION

Pursuant to Local Rule 101(2), I, G. Mark Cook, respectfully move this Court for leave to withdraw from representation of Intervenors AES Sparrows Point LNG, LLC and Mid-Atlantic Express, L.L.C. (collectively "AES") in the above-captioned proceeding. The undersigned has given AES due notice of this intention to withdraw prior to submitting this Motion to the Court. The reason for

this request is that the undersigned is withdrawing from Baker Botts L.L.P., the law firm representing AES in this proceeding, effective February 1, 2010. Contemporaneous with this Motion, Bruce F. Kiely of Baker Botts L.L.P. is submitting a motion for admission *pro hac vice* to represent AES. Jessica A. Fore of Baker Botts, LLP, and Margaret W. Tindall of Gordon, Feinblatt, Rothman Hoffberger, and Hollander, LLC have previously entered appearances on behalf of AES in this matter and will continue their representation.

                        Respectfully submitted,

                        /s/ G. Mark Cook
                        G. Mark Cook
                        8139 Madrillon Court
                        Vienna, VA 22182
                        (703) 356-2342

February 2, 2010