IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, ) <br> DEPARTMENT OF THE ENVIRONMENT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> COMMERCE, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. RDB 09-cv-1208 |

**STIPULATED MOTION TO**
**AMEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and this Court's March 15, 2010 Amended Scheduling Order ("Order") (Dkt. #25), the parties, Federal Defendants, the United States Department of Commerce and Gary Locke, acting in his official capacity as Secretary of Commerce, Plaintiff, State of Maryland, Department of the Environment, and Defendant-Intervenors, AES Sparrows Point LNG, LLC and Mid-Atlantic Express, L.L.C., hereby submit this Stipulated Motion to Amend the Summary Judgment Briefing Schedule.

On March 12, 2010, the parties filed a Stipulated Motion to Amend the Summary Judgment Briefing Schedule (Dkt. #24) in order to allow the Defendant-Intervenors time to work toward a resolution of outstanding permitting issues with the Plaintiff which could obviate the need for the instant appeal. On March 15, 2010, this Court entered its Order (Dkt. #25) providing for the resumption of briefing on July 23, 2010.

Since the time that the Court entered its Order, Defendant-Intervenors have sought to work toward a resolution of outstanding permitting issues with the Plaintiff. However, it has taken longer than originally anticipated for Defendant-Intervenors to resolve these permitting

issues because of scheduling conflicts with subject matter experts and the amount of time necessary for data gathering by the appropriate scientists.  In order to allow the Defendant-Intervenors sufficient time to resolve these issues, attorneys for the Defendant-Intervenors have conferred with counsel for the Plaintiff and Federal Defendants who have agreed to seek a further extension of the summary judgment briefing schedule.  To try to avoid undue conflict with the holiday season, the parties propose the following revised schedule for summary judgment briefing:

      January 14, 2011      Defendant's Response and Cross-Motion Due

      February 25, 2011      Plaintiff's Response to Cross-Motion and Reply Due

      March 25, 2011      Defendant's Reply Due

Hearing on the motions is currently scheduled for Friday, November 19, 2010, at 10:00 a.m.  The parties understand that the Court will change the hearing to a time suitable for its schedule.  Based on the foregoing, the parties respectfully request that their stipulated motion to amend the summary judgment briefing schedule be granted and that the Court enter the attached Proposed Amended Scheduling Order.

Respectfully submitted this 1st day of July, 2010.

      /s/ Bruce F. Kiely
      BRUCE F. KIELY
      JESSICA A. FORE
      Baker Botts LLP
      1299 Pennsylvania Ave NW
      Washington, DC 20004
      Tel: (202) 639-7711
      Fax: (202) 585-1035
      Email: bruce.kiely@bakerbotts.com
      Email: jessica.fore@bakerbotts.com

      MICHAEL C. POWELL
      Federal Bar No. 09349

MARGARET WITHERUP TINDALL
Federal Bar No. 23730
Gordon Feinblatt Rothman Hoffberger and
Hollander LLC
233 E Redwood St
Baltimore, MD 21202
Tel: (410) 576-4145
Fax: (410) 576-4196
Email: mtindall@gfrlaw.com

Attorneys for AES Sparrows Point LNG,
LLC and Mid-Atlantic Express, L.L.C.



IGNACIA S. MORENO
Assistant Attorney General

 /s/ Jody H. Schwarz
JODY H. SCHWARZ (DC Bar #493998)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0245
Fax: (202) 353-2021
Email: jody.schwarz@usdoj.gov

ROD J. ROSENSTEIN
United States Attorney
LARRY D. ADAMS
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
Tel: (410) 209-4800
Fax: (410) 962-2310
Larry.Adams@usdoj.gov

OF COUNSEL:

JAMON BOLLOCK
GLADYS MILES
National Oceanic and Atmospheric
Administration
Office of General Counsel
Silver Spring, MD 20910

Attorneys for United States Department of
Commerce and the Honorable Gary Locke
in his capacity as the Secretary of Commerce


/s/ Adam Dean Snyder
ADAM DEAN SNYDER
Federal Bar No. 27523
Office of the Attorney General
Civil Division
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Tel: (410) 576-6326
Fax: (410) 576-6955
Email: asnyder@oag.state.md.us

Attorney for State of Maryland, Department of the
Environment

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2010, a copy of the Stipulated Motion to Amend the Summary Judgment Briefing Schedule was electronically filed with the Court and served via the ECF system to all counsel of record appearing in the ECF system.


/s/ Jessica A. Fore
JESSICA A. FORE