IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUL -2  P 3: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| STATE OF MARYLAND, DEPARTMENT OF THE ENVIRONMENT | * | |
| | * | |
| | * | CIVIL NO. RDB 09-1208 |
| v. | * | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al. | | |

### REVISED SCHEDULING ORDER

The parties having filed a Stipulated Motion to Amend the Summary Judgment Briefing Schedule (Paper#26), and a conference call having been held on this date;

IT IS HEREBY ORDERED this 2ND day of July, 2010, that said Motion is GRANTED;

AND IT IS FURTHER HEREBY ORDERED that the Scheduling Order in this case is REVISED, as follows:

| | |
|---|---|
| November 12, 2010 | Plaintiff's Amended Motion for Summary Judgment Due |
| January 14, 2011 | Defendant's Response and Cross-Motion Due |
| February 25, 2011 | Plaintiff's Response to Cross-Motion and Reply Due |
| March 25, 2011 | Defendant's Reply Due |
| April 21, 2011 at 10:00 a.m. | Hearing on Cross Motions |

Date: July 2, 2010

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge