UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUL -2 P 3:54

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

DEPUTY

July 2, 2010

LETTER ORDER

TO COUNSEL OF RECORD

RE: *State of Maryland, Department of the Environment v. United States Department of Commerce, et al.*
Civil No. RDB-09-1208

Dear Counsel:

This will confirm the telephone conference of today pursuant to which counsel for the Plaintiff, State of Maryland, Department of the Environment, agreed that the presently pending Motion for Summary Judgment (Paper #17) is now MOOT and withdrawn. The Plaintiff may file an Amended Motion for Summary Judgment as indicated in the Revised Scheduling Order of this date.

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,

*Richard D. Bennett*

Richard D. Bennett
United States District Judge

RDB/klf